1 Effie F. Anastassiou, Esq. (SBN 96279)
  EffieEsq@SalinasAgLaw.com
2 ANASTASSIOU & ASSOCIATES
  242 Capitol Street
3 Post Office Box 2210
  Salinas, California 93902
4 Telephone: (831) 754-2501
  Facsimile: (831) 754-0621
5
6 Attorneys for YENIDUNYA INVESTMENTS, LTD.

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10 YENIDUNYA INVESTMENTS, LTD., a )   Case No.:        2:11-CV-01787-WBS
   Cyprus, EU Corporation;                        )
11                                                )   **R E Q U E S T   F O R   T E L E P H O N I C**
                    Plaintiff,                    )   **APPEARANCE AT PLAINTIFF'S MOTION**
12                                                )   **TO STAY EXECUTION ON JUDGMENT**
   v.                                             )   **PENDING   APPEAL   WITHOUT   BEING**
13                                                )   **REQUIRED   TO   POST   A   SUPERSEDEAS**
   MAGNUM   SEEDS,   INC.,   a   California )   **BOND;   AND   [~~PROPOSED~~]   ORDER**
14 Corporation;  and  GENICA  RESEARCH )   **THEREON**
   CORPORATION, a Nevada Corporation;           )
15                                                )
                    Defendants.                   )   **Oral Argument Requested**
16                                                )
                                                 )   **Date:  March 26, 2012**
17                                                )   **Time: 2:00 p.m.**
                                                 )
18                                                )   **Hon. William B. Shubb**
                                                 )   **501 I Street, #4-200**
19                                                )   **Courtroom 5, 14th Floor**
   _____ )   **Sacramento, CA 95814**
20
21 //
22 //
23 //
24 //
25 //
26 //
27
28

**TO THE HONORABLE WILLIAM B. SHUBB:**

Plaintiff YENIDUNYA INVESTMENTS, LTD., ("Plaintiff") respectfully requests permission from this Court for its counsel, Effie F. Anastassiou, Esq., to appear telephonically for Plaintiff's Motion to Stay Execution on Judgment Pending Appeal Without Being Required to Post a Supersedeas Bond (the "Motion") on March 26, 2012 at 2:00 P.M. before the Honorable William B. Shubb. Plaintiff's counsel can be reached at phone number (831) 754-2501 on March 26, 2012 at 2:00 P.M.

Dated: March 20, 2012                                      Respectfully Submitted,

                                                          ANASTASSIOU & ASSOCIATES

                                          By:   /s/ Effie F. Anastassiou, Esq.
                                                Effie F. Anastassiou, Esq.,
                                                Attorneys for Yenidunya Investments, Ltd.

<strong>ORDER</strong>

**IT IS SO APPROVED:**

The court requests a personal appearance at the hearing on plaintiff's motion.  The request for telephonic appearance is accordingly DENIED.

**_DATED:  March 23, 2012_**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE