1  Effie F. Anastassiou, Esq. (SBN 96279)
   EffieEsq@SalinasAgLaw.com
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California 93902
4  Telephone: (831) 754-2501
   Facsimile: (831) 754-0621
5
   Attorneys for YENIDUNYA INVESTMENTS, LTD.
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| YENIDUNYA INVESTMENTS, LTD., a Cyprus, EU Corporation; | Case No.: 2:11-CV-01787-WBS |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT PLAINTIFF'S MOTION TO STAY EXECUTION ON JUDGMENT PENDING APPEAL WITHOUT BEING REQUIRED TO POST A SUPERSEDEAS BOND; AND [PROPOSED] ORDER THEREON** |
| v. | |
| MAGNUM SEEDS, INC., a California Corporation; and GENICA RESEARCH CORPORATION, a Nevada Corporation; | |
| Defendants. | **Oral Argument Requested** |
| | **Date: March 26, 2012** |
| | **Time: 2:00 p.m.** |
| | **Hon. William B. Shubb** |
| | **501 I Street, #4-200** |
| | **Courtroom 5, 14th Floor** |
| | **Sacramento, CA 95814** |

//

//

//

//

//

//

**TO THE HONORABLE WILLIAM B. SHUBB:**

Plaintiff YENIDUNYA INVESTMENTS, LTD., ("Plaintiff") respectfully requests permission from this Court for its counsel, Effie F. Anastassiou, Esq., to appear telephonically for Plaintiff's Motion to Stay Execution on Judgment Pending Appeal Without Being Required to Post a Supersedeas Bond (the "Motion") on March 26, 2012 at 2:00 P.M. before the Honorable William B. Shubb. Plaintiff's counsel can be reached at phone number (831) 754-2501 on March 26, 2012 at 2:00 P.M.

Dated: March 20, 2012                               Respectfully Submitted,

ANASTASSIOU & ASSOCIATES

By:  /s/ Effie F. Anastassiou, Esq.
     Effie F. Anastassiou, Esq.,
     Attorneys for Yenidunya Investments, Ltd.

**ORDER**

**IT IS SO APPROVED:**

The court requests a personal appearance at the hearing on plaintiff's motion. The request for telephonic appearance is accordingly DENIED.

*DATED:  March 23, 2012*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE